```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JOSE JIMENEZ, | : | CIVIL ACTION |
|     Petitioner, | : | NO. 08-0427 |
| | : | |
| | : | |
|     v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 04-63 |
|     Respondent. | : | |

## **O R D E R**

**AND NOW**, this **7th day of May 2009**, it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum, the motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (doc. no. 66) is hereby **DENIED**.

**AND IT IS SO ORDERED.**

                                          S/Eduardo C. Robreno
                                          **EDUARDO C. ROBRENO, J.**